■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK HARRIS, Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [879 NYS2d 761]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered October 9, 2007 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs (*see People ex rel. Lewis v Graham*, 57 AD3d 1508 [2008], *lv denied* 12 NY3d 705 [2009]). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERVIN MITCHELL, Appellant, v DAVID UNGER, Superintendent, Orleans Correctional Facility, Respondent. [879 NYS2d 761]—Appeal from a judgment (denominated order) of the Supreme Court, Orleans County (James P. Punch, A.J.), entered September 28, 2007 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: This appeal by petitioner from a judgment dismissing his petition seeking a writ of habeas corpus has been rendered moot by his release to parole supervision (*see People ex rel. Hampton v Dennison*, 59 AD3d 951 [2009]), and the exception to the mootness doctrine does not apply herein (*see id.*). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

■ In the Matter of ANTHONY E. and Another, Infants. HERKIMER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; THOMAS E., SR., Appellant, et al., Respondent. [879 NYS2d 762]—Appeal from an order of the Family Court, Herkimer County (Henry A. LaRaia, J.), entered February 29, 2008 in a proceeding pursuant to Social Services Law § 384-b. The order, insofar as appealed from, terminated the parental rights of respondent Thomas E., Sr. with respect to Anthony E. and Tammy E. upon a finding that he permanently neglected them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.